# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRELL WILLIAMS,<br><br>　Plaintiff,<br><br>　　v.<br><br>BRIAN A. BLEDSOE, JOHN ADAMI, D. HUDSON, B. TRATE, KISSELL, VANSICKLE, S. HEATH, JOHN DOE OFFICER-IN-CHARGE, and THE UNITED STATES OF AMERICA,<br><br>　Defendants. | CIVIL ACTION NO. 3:CV-12-1235<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE CARLSON) |

## ORDER

**NOW**, this 3rd day of October, 2013, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Carlson's Report and Recommendation (Doc. 25) is **ADOPTED in its entirety**.

(2) Defendants' Motion to Dismiss and For Summary Judgment (Doc. 7) is **DENIED without prejudice** to Defendants renewing their request for dispositive relief in a properly supported motion for summary judgment filed after the parties have the opportunity to engage in discovery.

(3) Defendants' Objections to the Report and Recommendation (Doc. 26) are **OVERRULED**.

(4) Defendants shall file an answer to Plaintiff's Amended Complaint within **twenty-one (21) days** from the date of entry of this Order.

(5) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

　/s/ A. Richard Caputo　　
A. Richard Caputo
United States District Judge