**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DARRELL WILLIAMS**, <br><br> Plaintiff, <br><br> v. <br><br> **B.A. BLEDSOE, et al.**, <br><br> Defendants. | CIVIL ACTION NO. 3:12-CV-1235 <br><br> (JUDGE CAPUTO) <br> (MAGISTRATE JUDGE CARLSON) |

## ORDER

**NOW**, this 9th day of October, 2015, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Carlson's Report and Recommendation (Doc. 67.) is **ADOPTED in part** and **REJECTED in part**. Defendant's Motion for Summary Judgment (Doc. 53.) is **DENIED**.

(2)   The matter shall be placed on the **January, 2016** trial list of this court.

  /s/ A. Richard Caputo  
A. Richard Caputo  
United States District Judge