IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRELL WILLIAMS,** | : | CIVIL ACTION NO. 3:12-CV-1235 |
| Plaintiff | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 2nd day of December, 2020, upon consideration of plaintiff's *pro se* motion (Doc. 101) received November 16, 2020, wherein plaintiff states that he mailed a large self-addressed envelope with postage ("18-20 stamps") to the Clerk of Court "on or about 08-30-19,"[1] (id. ¶ 3), and mailed a check for $9.80 to the Clerk of Court "on or about 09-16-20," (id. ¶ 4), and wherein plaintiff requests that the court now order the Clerk of Court to return the payment and the stamps, (see id. ¶¶ 6-7), and the court having consulted with the Clerk's Office and having confirmed that neither a payment for $9.80 nor a self-addressed stamped envelope with "18-20 stamps" was received by the Clerk of Court, it is hereby ORDERED that plaintiff's motion (Doc. 101) is DENIED as moot.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania

---

[1] Given the context, we believe plaintiff intended to identify a date of "08-30-20," rather than "08-30-19." (See Doc. 101 ¶¶ 1-4).